UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOURCE CAPITAL FUNDING, INC., a California corporation,<br><br>                                    Plaintiff,<br><br>v.<br><br>BARRETT FINANCIAL GROUP, LLC, an Arizona limited liability company; MICHAEL IUCULANO, an individual; SIDNEY E. BAUM, an individual; PERSONAL PUBLIC RELATIONS, LLC dba SEARCH CONTROL, an Arizona limited liability company; ANTHONY HARDING, an individual dba SEARCH CONTROL; and DOES 1 through 10, inclusive,<br><br>                                    Defendants. | Case No.:  23-CV-411 TWR (WVG)<br><br>**ORDER VACATING BRIEFING SCHEDULE AND HEARING ON DEFENDANT BARRETT FINANCIAL GROUP, LLC'S MOTION TO DISMISS AND TO TRANSFER VENUE**<br><br>(ECF No. 16) |

Defendant Barrett Financial Group, LLC filed a Motion to Dismiss Plaintiff Source Capital Funding, Inc.'s First Amended Complaint and to Transfer Venue under 28 U.S.C. § 1404. (ECF No. 15.)  The Court set a briefing schedule on the Motion and set a Motion Hearing for June 15, 2023, at 3:00 p.m.  (ECF No. 16.)  Defendant Michael Iuculano subsequently joined in Defendant Barrett Financial Group, LLC's Motion.  (ECF No. 24).

In addition, Plaintiff and Defendants Personal Public Relations, LLC and Anthony Harding jointly moved for an extension of time for those Defendants to respond to Plaintiff's First Amended Complaint.  (ECF No. 23.)  The Court granted that Motion, giving Defendants Harding and Personal Public Relations, LLC until May 26, 2023 to respond to Plaintiff's First Amended Complaint.  (ECF No. 27.)

To streamline the proceedings in this case, the Court **VACATES** the prior briefing schedule and the June 15, 2023, hearing.  Upon the filing of Defendants Harding and Personal Public Relations, LLC's response to the First Amended Complaint, the Court will reset a briefing schedule and hearing on all motions.

**IT IS SO ORDERED.**

Dated:  May 9, 2023

_____
Honorable Todd W. Robinson
United States District Judge