UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOURCE CAPITAL FUNDING, INC., a California corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BARRETT FINANCIAL GROUP, LLC, an Arizona limited liability company; MICHAEL IUCULANO, an individual; SIDNEY E. BAUM, an individual; PERSONAL PUBLIC RELATIONS, LLC dba SEARCH CONTROL, an Arizona limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 23-CV-411 TWR (WVG)<br><br>**ORDER DISMISSING WITHOUT PREJUDICE DEFENDANT SIDNEY E. BAUM**<br><br>(ECF No. 41) |

On August 15, 2023, the Court ordered Plaintiff Source Capital Funding, Inc. to show cause "why the First Amended Complaint should not be dismissed as to Defendant [Sidney E.] Baum for failure to timely effect service pursuant to [Federal] Rule [of Civil Procedure] 4(m) and Civil Local Rule 4.1(b)." (*See* ECF No. 41 ("OSC") at 2.) To satisfy the Court's Order and to proceed in this matter against Defendant Baum, by August 22, 2023, Plaintiff needed to file either proof of timely service of the Summons and First Amended Complaint on Defendant Baum or a declaration under penalty of perjury showing

good cause for its failure to timely serve Defendant Baum, accompanied by a motion for leave to serve process outside of the ninety-day service limit.  (*See id.*)

Plaintiff, however, has not filed proof of service, a declaration showing good cause for its failure to timely serve Defendant Baum, or a request for additional time to serve that Defendant.  (*See generally* Docket.)  The Order to Show Cause explicitly warned Plaintiff that, "*[i]f Plaintiff fails adequately to respond to this Order within the time provided, the Court will dismiss without prejudice the First Amended Complaint as to Defendant Baum for failure to timely effect service pursuant to Rule 4(m) and Civil Local Rule 4.1 and for failure to comply with the Federal Rules of Civil Procedure, Civil Local Rules, and this Order pursuant to Civil Local Rules 41.1(b) and 83.1(a)*."  (*See* OSC at 2–3.)  The Court therefore **DISMISSES** Defendant Baum from this action **WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

Dated:  August 23, 2023

_____

Honorable Todd W. Robinson
United States District Judge